**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6143**

─────────

JOHN H. JOHNSON,

                    Petitioner - Appellant,

    versus

UNITED STATES OF AMERICA,

                    Respondent - Appellee.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CA-99-892)

─────────

Submitted:  June 30, 2000         Decided:  July 14, 2000

─────────

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

John H. Johnson, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John H. Johnson appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Johnson v. United States, No. CA-99-892 (W.D. Va. Dec. 9, 1999; Feb. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2